UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KARISSA KUHN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO. 1:23-cv-00397-SEB-TAB |
| | ) |
| SECURITAS SECURITY SERVICES USA, INC., | ) |
| | ) |
| Defendant. | ) |

*Acknowledged.*

*This action is hereby dismissed with prejudice.*

Date: 9/13/2023

*/s/ Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Karissa Kuhn and defendant Securitas Security Services USA, Inc. stipulate and agree to the dismissal with prejudice of all claims that plaintiff has or could have alleged against Securitas in this action. Each party shall bear its own costs and attorney's fees.

Respectfully submitted,

| | |
|---|---|
| */s/ Christopher Clark* | */s/ Blake J. Burgan* |
| Christopher E. "Chip" Clark | Blake J. Burgan |
| Goodin Abernathy, LLP | Taft Stettinius & Hollister LLP |
| 301 E 38th Street | One Indiana Square, Suite 3500 |
| Indianapolis, IN 46205 | Indianapolis, IN 46204 |
| cclark@goodinabernathy.com | bburgan@taftlaw.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

*Plaintiff's counsel's consent for electronic signature was obtained via email on September 9, 2023.*